In the Matter of the Claim of ROBERT CALLAN, Respondent, against STATE HIGHWAY DEPARTMENT et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued June 8, 1944; decided July 19, 1944.

*George J. Hayes* and *William F. O'Rourke* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Orrin G. Judd* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.